The listed items were passed on to Ikong Estoque, IT Systems Manager for copying ALL materials for evidence.

1. Samsung Laptop – Serial # 64D4DA64DE65
2. Lexar Flash Drive (Blue)
3. HP Flash Drive (Black)
4. 19 Miscellaneous DVD's
5. External Hard Drive – Serial #2GH17PCO
6. 8 Miscellaneous DVD's
7. Nokia Cellular Phone – Serial #354827/01/822038/2
8. LG Cellular Phone – Serial #108FCNL421591
9. Olympus VR-320 Camera W/Box
10. Canon Power Shot Camera W/Case – Serial #2928015387
11. 1 CD Labeled "Senad's Pics"
12. 6 Miscellaneous DVD's W/Green Pouch
13. I-Pod w/white Ear Plugs
14. LG Cellular Phone – Serial #809CQLH826960
15. Nokia Cellular Phone – Serial #35333/03519830/0
16. LG ISO800 Camera W/Brown Case
17. Micro "Kingston" Memory Card
18. Acer Laptop "Aspire 5160" – Serial #65039342516
19. Dell Laptop – Serial #OTT347-78783-7AR-0/HE
20. HP Computer (NCL) Serial #MXL0450L97 – CI TAG #NCL2000183

Ikong Estoque, Systems Manager _____ Date/Time 02/29/12 - 1412H

Ricardo Ceballos, Security Officer _____ Date/Time 02/29/12 - 1412HRS


EXHIBIT A

NCL/Shuherk (18342) 00593 07/23/2013